UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| William Constantine Serkedakis and | ) |
| Denise Lawson Serkedakis, | ) CASE NO.: 16-56468-PMB |
| | ) |
| DEBTORS. | ) |

## MOTION TO DISMISS

COMES NOW Melissa J. Davey, Trustee in the above styled matter, and respectfully shows the Court as follows:

1. Debtors have filed a petition for relief under Chapter 13.
2. Debtors' Plan will exceed 60 months, in violation of 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6); see also 11 U.S.C. § 1322(d).

WHEREFORE, Trustee respectfully requests this case be dismissed.

Dated: November 20, 2017

Prepared and Presented by:

/s/ _____
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| William Constantine Serkedakis and | ) | |
| | ) | CASE NO.: 16-56468-PMB |
| Denise Lawson Serkedakis, | ) | |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS**

A hearing on the Chapter 13 Trustee's Motion to Dismiss will be held January 11, 2018 at 2:00 pm in the Richard B. Russell Building, 75 Ted Turner Drive S.W. Courtroom 1202, Atlanta, GA 30303-3367.

All written objections shall state the grounds therefor and shall be filed with the Clerk, United States Bankruptcy Court: Richard B. Russell Building, 75 Ted Turner Drive S.W., Room 1340, Atlanta, GA 30303.

A copy of any objection should be furnished to the Chapter 13 Trustee:

Melissa J. Davey, Standing Chapter 13 Trustee, 260 Peachtree St NW, Suite 200, Atlanta, GA 30303.

Dated: November 20, 2017

Prepared and Presented by:

/s/

Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| William Constantine Serkedakis and ) | |
| ) | CASE NO.: 16-56468-PMB |
| Denise Lawson Serkedakis, ) | |
| ) | |
| DEBTORS. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    WILLIAM CONSTANTINE SERKEDAKIS
    DENISE LAWSON SERKEDAKIS
    3629 LAKESHORE DRIVE
    SMYRNA, GA  30082

    DEBTOR(S) ATTORNEY:

    THE SEMRAD LAW FIRM, LLC
    STERLING POINT II
    SUITE 201
    303 PERIMETER CENTER NORTH
    ATLANTA, GA  30346

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to

Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope

with adequate postage thereon.

November 20, 2017

Prepared and Presented by:

/s/
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax