UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING MOTION TO DISMISS HEARING HELD ON FEBRUARY 22, 2018**

CASE NO.:    16-56468-PMB

DEBTORS:    WILLIAM C. SERKEDAKIS
            DENISE L. SERKEDAKIS

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTORS HAVE FILED A PLAN MODIFICATION.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTORS HAVE FAILED TO FILE A PLAN MODIFICATION.

PLEASE ENTER AN ORDER OF DISMISSAL.

March 13, 2018

                            _____/s/_____
                            Jason L. Rogers, Attorney for the
                            Chapter 13 Trustee
                            GA Bar No.  142575

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

16-56468-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTORS:

William Constantine Serkedakis
Denise Lawson Serkedakis
3629 Lakeshore Drive
Smyrna, GA 30082

ATTORNEY FOR DEBTORS:

The Semrad Law Firm, LLC
303 Perimeter Center North, #201
Atlanta, GA 30346

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __13th_____ day of March, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444