UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>William Constantine Serkedakis<br>Denise Lawson Serkedakis<br>Debtor(s) | Case No. 16-56468-PMB |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/12/2016.

2) The plan was confirmed on 06/23/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/20/2017.

5) The case was dismissed on 03/14/2018.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,703.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $21,168.00 |
| Less amount refunded to debtor | $882.00 |
| **NET RECEIPTS:** | **$20,286.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,402.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,266.09 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,668.09** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CENTURY LENDING II | Secured | 8,000.00 | 11,135.34 | 11,135.34 | 8,732.35 | 913.10 |
| Chase Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC. | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Georgia Department of Revenue | Priority | 1,300.00 | NA | NA | 0.00 | 0.00 |
| GINNY'S | Unsecured | 474.00 | 474.38 | 474.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,000.00 | 2,792.35 | 2,792.35 | 0.00 | 0.00 |
| Merchants Credit | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 499.00 | 499.32 | 499.32 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 392.00 | 392.76 | 392.76 | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 395.00 | 395.41 | 395.41 | 0.00 | 0.00 |
| NCC BUSINESS SERVICES INC | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 851.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 838.00 | 838.17 | 838.17 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 433.00 | 433.21 | 433.21 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 201.00 | 200.83 | 200.83 | 0.00 | 0.00 |
| REPUBLIC EQUITY CREDIT SERVICE | Secured | 0.00 | 48,040.99 | 48,040.99 | 0.00 | 0.00 |
| REPUBLIC FINANCE, LLC | Secured | 2,937.00 | 2,900.74 | 2,900.74 | 2,900.74 | 74.41 |
| SCHEDULED UNSECURED DEBT | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 393.00 | 393.21 | 393.21 | 0.00 | 0.00 |
| Springleaf Financial S | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STONEBERRY | Unsecured | NA | 543.99 | 543.99 | 0.00 | 0.00 |
| Synchrony Bank/Amazon | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Care Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| U.S. BANK NATIONAL ASSOCIATION | Secured | 3,472.00 | 3,257.73 | 3,257.73 | 1,997.31 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Secured | 12,066.00 | NA | NA | 0.00 | 0.00 |
| WELLSTAR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,257.73 | $1,997.31 | $0.00 |
| Debt Secured by Vehicle | $11,135.34 | $8,732.35 | $913.10 |
| All Other Secured | $50,941.73 | $2,900.74 | $74.41 |
| **TOTAL SECURED:** | **$65,334.80** | **$13,630.40** | **$987.51** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$6,963.63** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $5,668.09 |
| Disbursements to Creditors | $14,617.91 |
| **TOTAL DISBURSEMENTS** : | **$20,286.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/22/2018                           By: /s/ Melissa J. Davey
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

| | |
|---|---|
| IN RE: ) | CASE NO. 16-56468-PMB |
| William Constantine Serkedakis ) | |
| Denise Lawson Serkedakis ) | |
| ) | |
| DEBTORS ) | |

## CERTIFICATE OF SERVICE

This is to Certify that I have this day served

   William Constantine Serkedakis
   Denise Lawson Serkedakis
   3629 Lakeshore Drive
   Smyrna,  GA  30082


   THE SEMRAD LAW FIRM, LLC
   STERLING POINT II
   SUITE 201
   303 PERIMETER CENTER NORTH
   ATLANTA, GA  30346


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  05/22/2018                                           /S/
                                                                          Melissa J. Davey, Chapter 13 Trustee
                                                                          State Bar No. 206310
                                                                          Standing Chapter 13 Trustee
                                                                              260 PEACHTREE STREET N.W.
                                                                              SUITE 200
                                                                              Atlanta, GA  30303
                                                                              (678)510-1444
                                                                              trustee@13trusteeatlanta.com


**UST Form 101-13-FR-S (9/1/2009)**